**In re the Matter of Nichole HORTON, A Minor, by Her Next Friend, Vincent HORTON, and Vincent Horton, Individually, Respondent,**

v.

**Sandy LANE (f/k/a Gross), Appellant.**

**No. WD 65198.**

Missouri Court of Appeals,
Western District.

June 30, 2006.

Audara L. Charlton, Clinton, MO, for appellant.

James O. Kjar, Warsaw, MO, for respondent.

Before ULRICH, P.J.,
BRECKENRIDGE and SMART, JJ.

***ORDER***

PER CURIAM.

Sandy Lane (f/k/a Gross), appeals the judgment of the trial court awarding joint physical custody of her daughter, Nichole, to her and Vincent Horton, Nichole's father. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).